**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARTELL D. HERNANDEZ, | ) | NO. CV 06-06709 PSG (SS) |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| DERRAL G. ADAMS, Warden, | ) | |
| | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, Petitioner's Objections, Respondent's Objections, and Petitioner's Response to Respondent's Objections. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

Accordingly, IT IS ORDERED THAT the First Amended Petition is granted and that Judgment be entered granting a conditional writ of habeas corpus with respect to Petitioner's claim based upon <u>Batson v. Kentucky</u>, 476 U.S. 79, 106 S. Ct. 1712, 90 L. Ed. 2d 69 (1986).

IT IS FURTHER ORDERED THAT the action is remanded for a new trial on all charges within ninety (90) days of this decision, plus any additional delay authorized under state law.  If the State elects not to pursue a retrial, Petitioner shall be released from custody within ninety (90) days of the date the Judgment herein becomes final.

The Clerk shall serve copies of this Order and the Judgment herein by United States mail on counsel for Petitioner and on counsel for Respondent.

Dated: March 16, 2010.

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2