# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTELL D. HERNANDEZ, | ) | NO. CV 06-06709 PSG (SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that a conditional writ of habeas corpus is granted with respect to Petitioner's claim based upon <u>Batson v. Kentucky</u>, 476 U.S. 79, 106 S. Ct. 1712, 90 L. Ed. 2d 69 (1986). The action is remanded for a new trial within ninety (90) days of entry of this Judgment, plus any additional delay authorized under state law, on all charges. If the State elects not to pursue a retrial, Petitioner shall be released from custody within ninety (90) days of the date the Judgment herein becomes final.

DATED: March 16, 2010

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE